

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

June 5, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-15-000352 and Court of Appeals number 03-15-00336-CV, styled, WELLS FARGO BANK V RANDY JENNINGS, was due in your office May 20, 2015. Due to a clerical error by the clerk's office on calculating the due date for submission of the record and non-payment of the bill of cost for clerk's record, I am requesting an extension for filing the clerk's record. Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309